USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN F. BLOOM AND FIDUCIARY
TRUST COMPANY INTERNATIONAL *as
Executors of the Last Will and Testament of
Adele Klapper*,

                Plaintiffs,

v.

JUAN CARLOS EMDEN, MIGUEL ERIC
EMDEN, AND NICHOLAS MARCELO
EMDEN,

                Defendants.

No. 19-CV-10155 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed with the parties, the oral argument scheduled for February 27, 2020 is hereby adjourned to April 10, 2020 at 2:00 p.m.

SO ORDERED.

Dated:   January 27, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge