USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN F. BLOOM AND FIDUCIARY TRUST COMPANY INTERNATIONAL *as Executors of the Last Will and Testament of Adele Klapper*,

        Plaintiffs,

v.

JUAN CARLOS EMDEN, MIGUEL ERIC EMDEN, AND NICHOLAS MARCELO EMDEN,

        Defendants.

No. 19-CV-10155 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The oral argument scheduled for April 10, 2020 is hereby adjourned to May 22, 2020 at 2:45 p.m. If it is not feasible for the parties to have oral argument at that time, they may jointly request an adjournment.

SO ORDERED.

Dated:    March 23, 2020
           New York, New York

Ronnie Abrams
United States District Judge