```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED: 5/28/2020            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN F. BLOOM AND FIDUCIARY
TRUST COMPANY INTERNATIONAL *as
Executors of the Last Will and Testament of
Adele Klapper*,

                          Plaintiffs,

                v.

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; and NICHOLAS MARCELO
EMDEN,

                          Defendants.

No. 19-CV-10155 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

A phone conference is scheduled for May 29, 2020 at 2:00 p.m. to further discuss

Defendant's pending motion. The dial-in information for the conference is below:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

SO ORDERED.

Dated:    May 28, 2020
          New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge