```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL, as
Executors of the last will and testament of
Adele Klapper,

                                    Plaintiffs,

     -against-

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; NICHOLAS MARCELO EMDEN,

                                    Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING STATUS CONFERENCE**

19-CV-10155 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for General Pretrial and Settlement purposes (docket no. 32). A telephonic Status Conference in this matter will be held on **Monday, July 13, 2020 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial (866) 434-5269, Access Code: 4858267.

SO ORDERED.

Dated: June 9, 2020
       New York, New York

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge