```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____  07/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL, *as*
*Executors of the last will and testament of*
*Adele Klapper,*

                      Plaintiffs,

          -against-

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; NICHOLAS MARCELO EMDEN,

                      Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**19-CV-10155 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, August 20, 2020 at**

**2:00 p.m.**  Corporate parties must send the person with decision making authority to settle the

matter to the conference.  The parties are instructed to complete the Settlement Conference

Summary Report and prepare pre-conference submissions in accordance with the Judge

Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the

Court no later than **August 13, 2020 by 5:00 p.m.**  Counsel for the parties are directed to call

Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  **Please**

**dial (866) 434-5269, Access Code: 4858267.**

      SO ORDERED.

Dated: July 15, 2020
      New York, New York

                    _____
                    KATHARINE H. PARKER
                    United States Magistrate Judge