

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

October 16, 2020

By ECF

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

Re:     <u>Bloom et al. v. Emden et al.</u>, Case No. 19-cv-10155 (RA) (KHP)

Dear Judge Parker:

The parties respectfully request that the scheduling conference currently scheduled for Tuesday, October 20, 2020 at 2:30 PM be rescheduled for the week of October 26, 2020, due to a scheduling conflict of Defendants' counsel.

The parties are available October 26 and 27, or any other date that week. One previous request for an extension of this conference was made and granted.

Respectfully submitted,

/s/ Nicholas M. O'Donnell                    /s/ John D. Winter

Nicholas M. O'Donnell                         John D. Winter
*Attorney for Defendants*                     *Attorney for Plaintiffs*