USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL, *as
Executors of the last will and testament of
Adele Klapper*,

                              Plaintiffs,

                -against-

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; NICHOLAS MARCELO EMDEN,

                             Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE BY VIDEO**

**19-CV-10155 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management Conference in this matter utilizing Microsoft Teams is hereby scheduled for **Wednesday, June 16, 2021 at 2:15 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

      SO ORDERED.

Dated: May 27, 2021
       New York, New York

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge