```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL, *as
Executors of the last will and testament of
Adele Klapper,*

                        Plaintiffs,

      -against-

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; NICHOLAS MARCELO EMDEN,

                        Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**19-CV-10155 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A Case Management Conference in this matter is hereby scheduled for **Tuesday, August 24, 2021 at 2:00 p.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

       SO ORDERED.

Dated: June 16, 2021
       New York, New York

                                                  _/s/ Katharine H. Parker_

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge