UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL, *as*
*Executors of the last will and testament of*
*Adele Klapper,*

                                 Plaintiffs,

                  -against-

JUAN CARLOS EMDEN; MIGUEL ERIC
EMDEN; NICHOLAS MARCELO EMDEN,

                                Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**19-CV-10155 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Case Management Conference in this matter scheduled for **Monday, June 28, 2021 at 12:30 p.m.** is hereby adjourned *sine die*.

SO ORDERED.

Dated: June 25, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge