UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUSAN F. BLOOM; FIDUCIARY TRUST COMPANY INTERNATIONAL, as Executors of the last will and testament of Adele Klapper,

                                Plaintiffs,

            -against-

JUAN CARLOS EMDEN; MIGUEL ERIC EMDEN; NICHOLAS MARCELO EMDEN,

                                Defendants.
----------------------------------------------------------------X

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE**

19-CV-10155 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Case Management Conference in this matter scheduled for **Tuesday, August 24, 2021, at 2:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

Dated: August 11, 2021
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge