UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SUSAN F. BLOOM and FIDUCIARY TRUST COMPANY INTERNATIONAL, *as Executors of the last will and testament of Adele Klapper,*

                            Plaintiffs,

        -against-

JUAN CARLOS EMDEN, MIGUEL ERIC EMDEN, and NICHOLAS MARCELO EMDEN,

                            Defendants.
----------------------------------------------------------------X

**ORDER**

**19-CV-10155 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In accordance with the Court's rulings and directives set forth at the August 24, 2021 status conference held in the above-captioned action, the Court hereby provides that all expert discovery in this case must be completed by **November 30, 2021**. The parties should otherwise meet and confer to coordinate a mutually acceptable schedule for the disclosure of expert reports. The parties should update the Court on the agreed-upon schedule by no later than **September 3, 2021**. Additionally, the parties shall file a status letter with the Court by no later than **October 25, 2021** to update the Court on the progress of discovery and any issues that may require judicial intervention.

      SO ORDERED.

Dated: August 24, 2021
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021