USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN F. BLOOM; FIDUCIARY TRUST COMPANY INTERNATIONAL *as* EXECUTORS OF THE LAST WILL & TESTAMENT OF ADELE KLAPPER,

    Plaintiffs,

v.

JUAN CARLOS EMDEN, MIGUEL ERIC EMDEN, and NICOLÁS MARCELO EMDEN,

    Defendants.

No. 19-CV-10155 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Oral argument is scheduled in this case for February 18, 2022 at 12:30 p.m. *See* Dkt. 102. The argument will be conducted virtually via Microsoft Teams videoconference. Members of the public may access the proceeding by using the following dial-in information: Call-in Number: 917-933-2166; Access Code: 541 597 224.

    The Court will email the parties the Microsoft Teams link to appear via video in advance of the argument.

SO ORDERED.

Dated:    January 31, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge