UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  03/24/2022

SUSAN F. BLOOM; FIDUCIARY TRUST
COMPANY INTERNATIONAL *as*
EXECUTORS OF THE LAST WILL &
TESTAMENT OF ADELE KLAPPER,

                    Plaintiffs,

            v.

JUAN CARLOS EMDEN, MIGUEL ERIC
EMDEN, AND NICOLÁS MARCELO
EMDEN,

                    Defendants.

No.  19-CV-10155 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

 The Court is in receipt of the parties' letter dated March 23, 2022.  The Court hereby adopts the parties' proposal that Defendants answer the complaint on or before April 13, 2022.

 The determination as to whether or not discovery is complete is properly before Judge Parker. Once Judge Parker makes a determination as to whether discovery is complete, this Court shall set a schedule for next steps in this matter.

SO ORDERED.

Dated: March 24, 2022
   New York, New York

             _____
             Ronnie Abrams
             United States District Judge